GARRY L. HAYES, ESQ.
Nevada State Bar No. 001540
MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
702-434-3444
702-434-3739
m.mchenry@lvlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN ASPHALT & GRADING COMPANY, a Nevada Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY; NORTHERN INSURANCE COMPANY OF NEW YORK; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; AMERICAN SAFETY CASUALTY INSURANCE COMPANY; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>  Defendants. | CASE NO.:   2:11-cv-00906-KJD-CWH |

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS, STEADFAST INSURANCE COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Defendants, STEADFAST INSURANCE COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY (hereinafter "Defendants"), appearing by and through their counsel of record, Ramiro Morales, Esq. of the Law Offices of Morales Fiero & Reeves; and Plaintiff,

1

1  AMERICAN ASPHALT & GRADING COMPANY (hereinafter "Plaintiff"), appearing
2  by and through its attorney of record, Megan K. Mayry McHenry, Esq. of the Law
3  Office of Hayes & Welsh, that all of Plaintiff's claims against Defendants, shall be
4  dismissed with prejudice, with each party to bear responsibility for payment of their
5  own costs and attorneys' fees. Since there are no remaining claims in this case, this
6  case should be closed.

DATED this ___ Jan., 2012 day of ~~December, 2011~~.   DATED this 15th day of December, 2011.

LAW OFFICE OF HAYES & WELSH               MORALES FIERO & REEVES

By: _____               By: _____
MEGAN K. MAYRY MCHENRY, ESQ.              RAMIRO MORALES, ESQ.
Nevada State Bar No. 009119               Nevada State Bar No.: 007101
199 N. Arroyo Grande Blvd., Ste. 200      725 S. Eighth Street, Ste. B
Henderson, NV 89074                        Las Vegas, NV 89101
Attorneys for Plaintiff                    Attorney for Defendants

IT IS SO ORDERED.

Dated this 17 day of January, 2012.

_____

Submitted by:

_____
MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
199 N. Arroyo Grande Blvd., Ste. 200
Henderson, NV 89074
Attorneys for Plaintiff

2